# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael James Cook, | No. CV-19-00385-PHX-JJT (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Medical, *et al.*, | |
| Defendants. | |

At issue is the Report and Recommendation ("R&R") (Doc. 34) submitted in this matter by United States Magistrate Judge Camille D. Bibles recommending that the Court dismiss without prejudice certain defendants from this action for Plaintiff's failure to comply with the Court's Order at Doc. 9. The time for Plaintiff to file objections to the R&R has passed and Plaintiff has not done so, despite Judge Bibles's advisement of that deadline and warning of the consequences for missing it. Plaintiff has therefore waived his right to review of these issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2002). The Court has nonetheless independently reviewed the facts and law underlying Judge Bibles's recommendation. Upon that review it agrees with Judge Bibles's recommendation and the reasons therefor.

IT IS ORDERED adopting the R&R (Doc. 34) in this matter.

IT IS FURTHER ORDERED dismissing without prejudice Defendants Jane Doe, Jane Doe 2 and "Utilization Team." The remainder of the action moves forward.

Dated this 2nd day of January, 2020.

Honorable John J. Tuchi
United States District Judge